RECEIVED
IN LAKE CHARLES, LA
JAN - 9 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| ST. PAUL SURPLUS LINES INSURANCE COMPANY, AS SUBROGEE OF PELICAN REFINING CO., L.L.C. § § § | CIVIL ACTION NO. 2:07-CV-1914 LC |
| Plaintiff, § § § | |
| v. § § | JUDGE MINALDI |
| POLARIS ENGINEERING & CONSTRUCTION, INC., ECP TECH SERVICES, INC., UTILITY RELAY CO., LTD., ABC INSURANCE COMPANY, DEF INSURANCE COMPANY, AND GHI INSURANCE COMPANY § § § § § § § | MAGISTRATE JUDGE WILSON |
| Defendants § | |

## PROPOSED ORDER TO REMAND

After considering the Motion to Remand, with attachments and Memorandum filed by Pelican Refining Co., L.L.C., it is hereby Ordered that the matter be Remanded to the 14th Judicial District Court, Parish of Calcasieu, State of Louisiana where the matter was initially filed.

It is further Ordered that the Remover, UTILITY RELAY CO., LTD., pay all costs and attorney fees in the amount of _____, pursuant to 28 USCA 1447(c).

Thus done and signed in Chambers on the 9th day of January, 2008.

_____
MAGISTRATE JUDGE PATRICIA MINALDI KATHLEEN KAY

This motion is moot due to subsequent filing of joint motion to remand (Doc. 20) now before Judge Minaldi

Kathleen Kay